[No. 39671-4-I.     Division One.     November 3, 1997.]

CHARLOTTE GORDON, ET AL., *Appellants*, v. SAFEWAY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-32816-6, Robert S. Lasnik, J., entered October 21, 1997. *Affirmed* by unpublished per curiam opinion.

[Nos. 39770-2-I; 39771-1-I;     Division One.     November 3, 1997.]
       39772-9-I.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R. JOHNSON, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 96-1-01824-1, 96-1-05519-7, 96-1-01383-4, Patricia H. Aitken, J., entered October 28, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39794-0-I.     Division One.     November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHEED H. SHABAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05506-1, Richard A. Jones, J., entered October 30, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39837-7-I.     Division One.     November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04671-1, Anthony P. Wartnik, J., entered December 10, 1997. *Affirmed* by unpublished per curiam opinion.